IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:24-bk-01269-HWV |
|   BEECH TREE TRADING, LLC | : | |
|   d/b/a Lancaster County Vending | : | Chapter 11 |
|   d/b/a Vintage Candy Shop | : |   Subchapter V |
|                Debtor | : | |

### ORDER

Upon consideration of the Motion of the Debtor to fix a bar date for the filing of claims and appearing that such Motion is necessary for the administration of the Debtor's estate, it is

**ORDERED** as follows:

1. The Motion is granted and approved.

2. General Claims must be filed on or before July 31, 2024.

3. Governmental Claims, for all governmental units, must be filed before November 18, 2024, or such later time as the Federal Rules of Bankruptcy Procedure may provide.

4. The Notice of Bar Date (the "Bar Date Notice") shall be served within five (5) business days of the date of entry of this Order upon:

    a. the Office of the United States Trustee;

    b. All state and government authorities having jurisdiction over the Debtor;

    c. All person known to the Debtor as the holder of a claim;

    d. All persons and entities requesting notice pursuant to Bankruptcy Rule 2002 as of the date of this Order;

    e. All persons and entities that have filed claims;

    f. All parties to executory contracts and unexpired leases of the Debtor; and

    g. All parties to litigation with the Debtor.

Case 1:24-bk-01269-HWV    Doc 47    Filed 07/01/24    Entered 07/01/24 09:58:31    Desc
Main Document     Page 1 of 2

      h.     The Internal Revenue Service for the district in which the case is pending; and

      i.     The Securities and Exchange Commission.

5.    In the event that the Debtor amend or supplement the Bankruptcy Schedules filed in this case, the Debtor shall give notice to the holders of all such claims affected thereby, and such affected holders of claims shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect to their claims or be barred from doing so, and shall be given notice of such deadline.

6.    Nothing contained in this Order shall prejudice the right of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim.

7.    All holders of claims that fail to comply with this Order or with the provisions of Bankruptcy Rule 3003(e) as to the filing of or allowance of claims shall not be treated as a creditor with respect to such claim for purposes of voting on any Plan of Reorganization or receiving distributions from the Debtor's estate.

8.    Nothing contained herein shall effect the right of the Debtor to seek a further Order fixing the bar date as to any other claims or holders of interest which are not affected by this Order, including but not limited to, administrative creditors.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 1, 2024